MICHAEL GISMONDI, Appellant, v. VERONICA GISMONDI, Respondent.—

Concur — Steuer, J. P., Tilzer, Rabin, McNally and McGivern, JJ.

WILLIAM V. GRIFFIN' & Co. INC., Respondent, v. SPERLING STEAMSHIP & TRADING CORPORATION, Appellant.

Concur — Steuer, J. P., Tilzer, Rabin, McNally and McGivern, JJ.

SARA WILLIAMS, Respondent, v. THEODORE S. WILLIAMS, Appellant.—

Concur — Stevens, J. P., Eager, Steuer, Tilzer and Witmer, JJ.